IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HILL COUNTRY INDUSTRIES, INC., | § § § | |
| *Plaintiff,* | § § § | SA-19-CV-00404-FB |
| vs. | § § § | |
| PLANET WEALTH INTERNATIONAL CORP, | § § § § | |
| *Defendant.* | § § | |

## ORDER

Before the Court is the above-styled cause of action. The record reflects that the Court granted the motion to withdraw filed by counsel for Plaintiff Hill Country Industries, Inc. on March 25, 2020, and Plaintiff is now proceeding *pro se* in this lawsuit. As counsel explained to Plaintiff in their previous correspondence, corporations cannot proceed in federal court without representation by counsel. *See Sw. Express Co., Inc. v. Interstate Commerce Comm'n*, 670 F.2d 53, 55 (5th Cir. 1982). Accordingly, Plaintiff must hire a new attorney to represent it in this case or face dismissal of its claims for want of prosecution.

**IT IS THEREFORE ORDERED** that Plaintiff hire a new attorney to represent it in this case and have said attorney enter an appearance in this action **on or before April 27, 2020**. A failure to do so will result in dismissal of this case for want of prosecution.

SIGNED this 26th day of March, 2020.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE