IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| HILL COUNTRY INDUSTRIES, INC., | § § | |
| *Plaintiff,* | § § | SA-19-CV-00404-FB |
| vs. | § § | |
| PLANET WEALTH INTERNATIONAL CORP, | § § § | |
| *Defendant.* | § § | |

## ORDER RETURNING CASE TO DISTRICT COURT

On this day, the undersigned issued a Report and Recommendation recommending this case be dismissed for want of prosecution. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 5th day of June, 2020.

_____
ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE